IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID RUSSELL POSEY,

      Appellant,

v.

OKALOOSA COUNTY
DEPARTMENT OF
CORRECTIONS,  OKALOOSA
COUNTY, BOARD OF
COMMISSIONERS,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1383

Opinion filed January 8, 2015.

An appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

David Russell Posey, pro se, Appellant.

Jennifer Parker, General Counsel, Department of Corrections, Tallahassee;
Pamela Jo Bondi, Attorney General, Tallahassee; Gregory T. Stewart and Carly J.
Schrader of  Nabors, Giblin & Nickerson, P.A., Tallahassee, for Appellees.

PER CURIAM.

      AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.